IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

GRAY WHITEROCK and LILLIE WHITEROCK,

    Plaintiffs,

vs.                                              Civ. 98-399 BB/WWD

GILMORE'S USED TRUCKS &
EQUIPMENT, INC.,

    Defendant.

## MEMORANDUM OPINION AND ORDER

This matter comes before the Court as the result of a telephonic Rule 16 conference on December 18, 1998. Plaintiffs' expert, Thomas E. Van Valkenburgh, 2729 Paseo de Tularosa, Santa Fe, New Mexico 87505, needs to inspect the original of the contract involved in this lawsuit. In order to safeguard the original of this contract, defense counsel shall send the original of the contract by Federal Express directly to Plaintiffs' counsel who shall then make arrangements for Mr. Van Valkenburgh to carry on such nondestructive inspection and testing of the document as is necessary for his expert analysis. When this expert's examination is completed, Plaintiffs' counsel shall return the document to defense counsel by Federal Express.

This matter shall proceed in accordance with the foregoing.

**IT IS SO ORDERED**.

_____
UNITED STATES MAGISTRATE JUDGE